JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KECE ZENG,<br>Petitioner,<br>v.<br>MARK BOWEN, et al.,<br>Respondents. | Case No. 5:26-cv-5044-SK<br>**JUDGMENT** |

Pursuant to the Order Conditionally Granting Petition in Part, IT IS ADJUDGED that Petitioner **Kece Zeng (A# 234-611-952)** is to be released from custody within 14 days of that Order, unless he is provided an individualized bond hearing under 8 U.S.C. § 1226(a) with at least 7 days' written notice of the hearing date.

The Court Clerk is directed to close the case.

DATED: September 3, 2026

STEVE KIM
United States Magistrate Judge